Opinion
issued April 14, 2011

 

 



 

 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01B09B00788BCV

 



 

HASHIM JAFFA, Appellant

 

V.

 

FATMATA BANGURA, Appellee

 



 

On Appeal from the 312th
District Court

Harris County, Texas

Trial Court Cause No. 2008-51475

 



 

MEMORANDUM
OPINION








Appellant, Hashim Jaffa, has failed to timely
file a brief.  See Tex. R. App. P. 38.8(a) (failure of
appellant to file brief).  After being
notified that this appeal was subject to dismissal, appellant did not
adequately respond.  See Tex. R. App. P. 42.3(b) (allowing
involuntary dismissal of case).

We dismiss the appeal for want of prosecution
for failure to timely file a brief.  

We dismiss any pending motions as moot.

PER
CURIAM

Panel consists of Justices Jennings, Higley, and Brown.